

| ZACHARY W. CARTER<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | Susan P. Scharfstein<br>*Special Federal Litigation Division*<br>*212-356-2355*<br>*Facsimile: (212) 356-3509*<br>*sscharfs@law.nyc.gov* |
|---|---|---|

May 25, 2018

Honorable Ann M. Donnelly *(by ECF)*
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

          Re: <u>DiMaggio, et al. v. City of New York, et al.</u>, 14 CV 4455 (AMD) (VMS)

Dear Judge Donnelly:

          I am an attorney in the office of Zachary W. Carter, Corporation Counsel of the City of New York, counsel for defendants City of New York and Scott Drummond in the above-referenced action. As the Court is aware, this action has settled.

          I write to request that the Court "So Order" the annexed Stipulation and Order of Dismissal that has been executed by counsel, so that the settlement can be processed and this matter closed.

          We thank the Court for its consideration of this request.

                          Respectfully submitted,

                          /s/

                          Susan P. Scharfstein

cc:    All Counsel of Record *(by ECF)*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------x

DOMENICA DIMAGGIO,

                                            Plaintiff,

-against-

CITY OF NEW YORK, SCOTT DRUMMOND, Individually,
TARA BANNON-ALBARANO, Individually, and JOHN and
Jane DOE 1 through 10, Individually (the names John and Jane
Doe being fictitious, as the true names are presently unknown,

                                            Defendants.
----------------------------------------------------------------------x

**STIPULATION AND ORDER OF DISMISSAL**

14 CV 4455 (AMD) (VMS)

        **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

        1.     The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
       May 25, 2018

BRETT H. KLEIN, ESQ
*Attorney for Plaintiff*
305 Broadway, Suite 600
New York, New York 10007

By: _____
    Brett H. Klein, Esq.

WORTH, LONGWORTH & LONDON
*Attorneys for defendant Bannon*
111 John Street, Suite 640
New York, New York 10038

By: _____
    Mitchell Garber, Esq.

ZACHARY W. CARTER
Corporation Counsel of the
   City of New York
*Attorney for defendants City of New York and Drummond*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____
    ~~Richard Bahrenburg, Esq.~~ Susan Schartstein
    *Assistant Corporation Counsel*

SO ORDERED:

_____
HON. ANN M. DONNELLY
UNITED STATES DISTRICT JUDGE

Dated: _____, 2018

2